10/20/2015                                       TDCJ Offender Details

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**     TDCJ Home    🔍 New Offender Search

*42281-05*

# Offender Information Details

| Return to Search list |

| | |
|---|---|
| **SID Number:** | 03122882 |
| **TDCJ Number:** | 01505483 |
| **Name:** | LIGON,JAMES E |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1958-10-08 |
| **Maximum Sentence Date:** | 2021-12-26 |
| **Current Facility:** | RAMSEY I |
| **Projected Release Date:** | 2021-12-26 |
| **Parole Eligibility Date:** | 2008-09-18 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

| Parole Review Information |

## Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| | | | | | |